# EXHIBIT B

**Miguel Tawid**

**From:** Miguel Tawid [mtawid@flexflousa.com]
**Sent:** Friday, March 02, 2012 1:48 PM
**To:** 'Quiggle, Beckey'
**Subject:** RE: numbers
**Attachments:** image001.jpg; image002.jpg; image003.jpg; image004.jpg

*Thanks B, I will call you tonight after 7:00PM*

*Have a nice one!!!*

*Miguel Tawid*

*FlexFlo USA, Inc*
*T. 954-384-4784*
*F. 954-905-4939*
*bebekbabyproducts.com*

   

*Please consider the environment before printing this e-mail*

This message contains confidential information and is intended only for the recipients listed in the To and Cc boxes of this mail, do not copy , forward or distribute without prior consent of the sender. If you are not the recipient you should not disseminate, distribute or copy this e-mail. Please notify mtawid@flexflousa.com immediately by e-mail if you have received this e-mail by mistake  delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Quiggle, Beckey [mailto:Beckey.Quiggle@newellco.com]
**Sent:** Friday, March 02, 2012 12:38 PM
**To:** mtawid@flexflousa.com
**Subject:** numbers

*Home 815-801-2731  any time after 7 PM  tonight  or anytime Sunday  after 4 PM  wishing you very good luck*

*Beckey Quiggle CM CICP ICCE*
*Sr. FSCM - Collections*
*Newell Rubbermaid - North American Shared Services*
*Direct: +1 (815) 233-8641*
*Fax: +1 (815) 266-8759*

This message may contain information that is confidential and/or protected by law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or communication of this message is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete the message. Please note that although we will take all commercially reasonable efforts to prevent viruses from being transmitted from our systems, it is the responsibility of the recipient to check for and prevent adverse action by viruses on its own systems.

BQ
Ex. 9

**Miguel Tawid**

**From:**      Rebecca Quiggle [rebeccaquiggle@yahoo.com]
**Sent:**      Sunday, September 23, 2012 9:19 PM
**To:**        Miguel Tawid
**Subject:**   Re: lawyer in Atlanta

That is a Firm that Newell uses and can not make a move without contacting Newell.  Gary sends all collection accounts to them.  More later.  Also remember that if they do take you to court the court will just put you on a payment plan.


# Rebecca  Quiggle
# 815-801-2731 HOME
815-908-1268 MOBILE
County Board
District D


**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** rebeccaquiggle@yahoo.com
**Sent:** Sunday, September 23, 2012 8:07 PM
**Subject:** lawyer in Atlanta

Beckey, this is the lawyer who send me the letter:

Eric L. Barnum from SchiffHardin, LLP

you can go to: http://www.schiffhardin.com/ and find more about him and the office to.

Thanks!!!

BQ

Ex. 10

1

# Rebecca  Quiggle
# 815-801-2731 HOME
## 815-908-1268 MOBILE
## County Board
## District D

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** Rebecca Quiggle <rebeccaquiggle@yahoo.com>
**Sent:** Sunday, September 23, 2012 8:20 PM
**Subject:** Re: CFO

Ok, i got your mesasgge. I google it newell rubermaid v. flexflo usa and on 09'18th the filled the sue agaist us, so i dont know if at this point make sence to contact this gentelman. what do you think?

regards


Sent from my iPad

On Sep 23, 2012, at 9:15 PM, Rebecca Quiggle <rebeccaquiggle@yahoo.com> wrote:

## yes




# Rebecca  Quiggle

2

# 815-801-2731 HOME
815-908-1268 MOBILE
County Board
District DYe

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** rebeccaquiggle@yahoo.com
**Sent:** Sunday, September 23, 2012 8:10 PM
**Subject:** CFO

...the CFO is Douglas L. Martin?

thanks

Mtawid

3

**Miguel Tawid**

| | |
|---|---|
| **From:** | Rebecca Quiggle [rebeccaquiggle@yahoo.com] |
| **Sent:** | Sunday, September 23, 2012 11:50 PM |
| **To:** | Miguel Tawid |
| **Subject:** | Re: CFO |

go ahead and contact him.  Tell him you know that a suit has been filed/

# Rebecca  Quiggle
# 815-801-2731 HOME
# 815-908-1268 MOBILE
# County Board
# District D

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** Rebecca Quiggle <rebeccaquiggle@yahoo.com>
**Sent:** Sunday, September 23, 2012 8:52 PM
**Subject:** Re: CFO

ok but should I contact the CFO meanwhile or wait until yo do your checking?

regards

Sent from my iPad

On Sep 23, 2012, at 9:23 PM, Rebecca Quiggle <rebeccaquiggle@yahoo.com> wrote:

Ok let me do some checking tomorrow and email you tomorrow night.  I have a meeting for my campaign so it will be later.

BQ
Ex.11

1

   

*Please consider the environment before printing this e-mail*

This message contains confidential information and is intended only for the recipients listed in the To and Cc boxes of this mail, do not copy , forward or distribute without prior consent of the sender. If you are not the recipient you should not disseminate, distribute or copy this e-mail. Please notify mtawid@flexflousa.com immediately by e-mail if you have received this e-mail by mistake delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Rebecca Quiggle [mailto:rebeccaquiggle@yahoo.com]
**Sent:** Monday, September 24, 2012 3:08 PM
**To:** Miguel Tawid
**Subject:** Re: newellRubermaid v. FlexFlo USA, Inc

Miguel,

Please contact the following person for options that maybe available to you.   Michael J. Satz  States Attorney for Broward County Weston, Flordia   Phone number 954-831-6955

**Rebecca  Quiggle**
**815-801-2731 HOME**
815-908-1268 MOBILE
County Board
District D

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** rebeccaquiggle@yahoo.com
**Cc:** mrtk2011@me.com
**Sent:** Monday, September 24, 2012 12:56 PM
**Subject:** newellRubermaid v. FlexFlo USA, Inc

*Hello Becky, please find attach the sued.*

BQ
Ex. 12

2

*Can we talk tonight?*

*Regards,*


**Miguel Tawid**

**FlexFlo USA, Inc**
T. 954-384-4784
F. 954-905-4939
**bebekbabyproducts.com**


   

*Please consider the environment before printing this e-mail*

This message contains confidential information and is intended only for the recipients listed in the To and Cc boxes of this mail, do not copy , forward or distribute without prior consent of the sender. If you are not the recipient you should not disseminate, distribute or copy this e-mail. Please notify mtawid@flexflousa.com immediately by e-mail if you have received this e-mail by mistake delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

## Miguel Tawid

| | |
|---|---|
| **From:** | Rebecca Quiggle [rebeccaquiggle@yahoo.com] |
| **Sent:** | Monday, October 08, 2012 10:22 AM |
| **To:** | Miguel Tawid |
| **Subject:** | Re: proposal from flexflo usa |
| **Attachments:** | image005.jpg; image006.jpg; image007.jpg; image008.jpg; image001.gif; image002.gif; image003.gif; image004.gif |

I need to talk to you tonight.   I will call you from home about 4:00 my time 5 your time.   Can not talk from here today.

# Rebecca Quiggle
# 815-801-2731 HOME
# 815-908-1268 MOBILE
# County Board
# District D

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** 'Rebecca Quiggle' <rebeccaquiggle@yahoo.com>
**Sent:** Monday, October 8, 2012 9:15 AM
**Subject:** FW: proposal from flexflo usa
*Hello, I just receive this email from them. Seems that they did not ask anybody in your office.*

*Miguel Tawid*

*FlexFlo USA, Inc*
*T. 954-384-4784*
*F. 954-905-4939*
*bebekbabyproducts.com*

BQ
Ex. 17

**Miguel Tawid**

**From:** Rebecca Quiggle [rebeccaquiggle@yahoo.com]
**Sent:** Thursday, October 11, 2012 12:46 PM
**To:** Miguel Tawid
**Subject:** Re: contact
**Attachments:** image001.jpg; image002.jpg; image003.jpg; image004.jpg

ok I will send you a profile later today.  Will that work?

*Rebecca  Quiggle CM CICP ICCE*
*815-801-2731 HOME-PHONE*
*815-908-1268 CELL-PHONE*
*rebeccaquiggle@yahoo.com*
*STEPHENSON COUNTY BOARD*
*District D*

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** 'Rebecca Quiggle' <rebeccaquiggle@yahoo.com>
**Sent:** Thursday, October 11, 2012 11:25 AM
**Subject:** RE: contact

*Beckey, if you remember what I suggest you was to check the facebook page we give it to you in order to you give us information regard you and your district in order to us put all together and create the page...so far, we have no idea what to ask you about this since we have no idea about politics or so.*

*Regards,*

*PS: no reply yet from Gary Popp*

**Miguel Tawid**

**FlexFlo USA, Inc**
T. 954-384-4784
F. 954-905-4939
bebekbabyproducts.com

1

BQ
Ex.20

   

*Please consider the environment before printing this e-mail*

This message contains confidential information and is intended only for the recipients listed in the To and Cc boxes of this mail, do not copy , forward or distribute without prior consent of the sender. If you are not the recipient you should not disseminate, distribute or copy this e-mail. Please notify mtawid@flexflousa.com immediately by e-mail if you have received this e-mail by mistake delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Rebecca Quiggle [mailto:rebeccaquiggle@yahoo.com]
**Sent:** Thursday, October 11, 2012 11:57 AM
**To:** Miguel Tawid
**Subject:** Re: contact


Miguel,


I am so sorry, I forgot that I have been requested to speak at a political forum tonight.  It starts at 6:00 my time.  Is there anyway you could send me questions by email and I can fill them in and send back?  Iam so sorry, I hate campaigning but it has to be done.



*Rebecca  Quiggle CM CICP ICCE*
*815-801-2731 HOME-PHONE*
*815-908-1268 CELL-PHONE*
*rebeccaquiggle@yahoo.com*
*STEPHENSON COUNTY BOARD*
*District D*



**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** 'Rebecca Quiggle' <rebeccaquiggle@yahoo.com>
**Sent:** Thursday, October 11, 2012 9:15 AM
**Subject:** RE: contact

*Good Morning Beckey, just a reminder of  tonight 8:00PM your time conference call for the Facebook thing. You call me or I do?*

*Miguel Tawid*

2

FlexFlo USA, Inc
T. 954-384-4784
F. 954-905-4939
**bebekbabyproducts.com**

   

*Please consider the environment before printing this e-mail*

This message contains confidential information and is intended only for the recipients listed in the To and Cc boxes of this mail, do not copy , forward or distribute without prior consent of the sender. If you are not the recipient you should not disseminate, distribute or copy this e-mail. Please notify mtawid@flexflousa.com immediately by e-mail if you have received this e-mail by mistake delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Rebecca Quiggle [mailto:rebeccaquiggle@yahoo.com]
**Sent:** Wednesday, October 10, 2012 12:42 PM
**To:** Miguel Tawid
**Subject:** Re: contact


No  sorry



*Rebecca  Quiggle CM CICP ICCE*
*815-801-2731 HOME-PHONE*
*815-908-1268 CELL-PHONE*
*rebeccaquiggle@yahoo.com*
*STEPHENSON COUNTY BOARD*
*District D*



**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** 'Rebecca Quiggle' <rebeccaquiggle@yahoo.com>
**Sent:** Wednesday, October 10, 2012 10:48 AM
**Subject:** RE: contact

*Good morning, I just call again and talk with his assistant and seems that she knows who I'm (my perception) because even that she initially said to me that he is busy, after she ask me for the reason of the call and I give her a brief, she put in hold but later she said that Gary will contact me and I ask her to make sure to contact me soon because I have to run with the lawyers if nothing happen with my conversation with him...I'm going to cross my fingers and look for his call back. Did by any chance you, you heard anything?*

*Regards,*

**Miguel Tawid**

**FlexFlo USA, Inc**
T. 954-384-4784
F. 954-905-4939
**bebekbabyproducts.com**

   

*Please consider the environment before printing this e-mail*

This message contains confidential information and is intended only for the recipients listed in the To and Cc boxes of this mail, do not copy , forward or distribute without prior consent of the sender. If you are not the recipient you should not disseminate, distribute or copy this e-mail. Please notify mtawid@flexflousa.com immediately by e-mail if you have received this e-mail by mistake  delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Rebecca Quiggle [mailto:rebeccaquiggle@yahoo.com]
**Sent:** Tuesday, October 09, 2012 6:54 PM
**To:** Miguel Tawid
**Subject:** Re: contact

wait until tomorrow he had auditors in the office today

**Rebecca  Quiggle CM CICP ICCE**
**815-801-2731 HOME-PHONE**
**815-908-1268 CELL-PHONE**
**rebeccaquiggle@yahoo.com**
**STEPHENSON COUNTY BOARD**
**District D**

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** Rebecca Quiggle <rebeccaquiggle@yahoo.com>
**Sent:** Tuesday, October 9, 2012 3:18 PM
**Subject:** Re: contact

Hi, nothing yet, should a call again or wait until tomorrow?

Sent from my iPhone

On Oct 9, 2012, at 3:00 PM, Miguel Tawid <mtawid@flexflousa.com> wrote:

Call him already and left a message

Sent from my iPhone

On Oct 9, 2012, at 12:16 PM, Rebecca Quiggle <rebeccaquiggle@yahoo.com> wrote:

815-233-8031  Gary Popp

**Rebecca  Quiggle CM CICP ICCE
815-801-2731 HOME-PHONE
815-908-1268 CELL-PHONE
STEPHENSON COUNTY BOARD
District D**

**From:** Miguel Tawid <mtawid@flexflousa.com>
**To:** 'Rebecca Quiggle' <rebeccaquiggle@yahoo.com>
**Sent:** Tuesday, October 9, 2012 10:26 AM
**Subject:** contact

*Hi Beckey, I haven receive anything yet, what about you send me his number to call you round 2:00PM?*

*Thanks!!!*

**Miguel Tawid**

**FlexFlo USA, Inc**
*T. 954-384-4784
F. 954-905-4939
bebekbabyproducts.com*

<image001.jpg>  <image002.jpg>   <image003.jpg>   <image004.jpg>
*Please* **consider the environment before printing this e-mail**

5

| Home | | | |
|---|---|---|---|
| Date | Time | Minutes | |
| 3/2/12 | 8:40PM | 14 | |
| 3/4/12 | 5:33PM | 28 | × |
| 3/6/12 | 6:16PM | 4 | × |
| 3/9/12 | 6:26PM | 8 | × |
| 3/12/12 | 6:26PM | 3 | × |
| 3/23/12 | 9:20AM | 2 | |
| 3/26/12 | 5:23PM | 1 | |
| 3/30/12 | 4:37PM | 1 | |
| 5/18/12 | 2:47PM | 2 | |
| 5/22/12 | 6:50PM | 1 | |
| 5/22/12 | 6:51PM | 1 | |
| 6/18/12 | 5:31PM | 2 | |
| 9/20/12 | 6:38PM | 1 | |
| 9/23/12 | 7:59PM | 41 | × |
| 9/23/12 | 9:07PM | 2 | |
| 9/23/12 | 9:13PM | 1 | |
| 9/25/12 | 7:41PM | 1 | |
| 9/25/12 | 8:03PM | 22 | × |
| 10/3/12 | 5:58PM | 1 | |
| 10/3/12 | 8:13PM | 1 | |
| 10/4/12 | 8:37PM | 2 | |
| 10/4/12 | 9:34PM | 26 | |
| 10/5/12 | 7:29PM | 2 | × |
| 10/8/12 | 6:21PM | 20 | × |
| 10/8/12 | 6:44PM | 16 | × |
| 11/8/12 | 9:09PM | 1 | |
| 11/8/12 | 10:05PM | 17 | |
| 11/13/12 | 7:57PM | 1 | |
| 12/17/12 | 6:45PM | 1 | |
| 12/31/12 | 2:57PM | 1 | |
| 12/31/12 | 6:45PM | 1 | |
| 1/2/13 | 2:57PM | 2 | |
| 1/2/13 | 7:50PM | 1 | |
| 1/3/13 | 8:10PM | 1 | |
| 7/8/13 | 8:05PM | 53 | × |
| 1/11/13 | 8:11PM | 1 | |

| Office | | |
|---|---|---|
| Date | Time | Minutes |
| 1/26/12 | 10:13AM | 1 |
| 2/1/12 | 3:05PM | 1 |
| 2/1/12 | 3:06PM | 1 |
| 2/1/12 | 3:06PM | 6 |
| 3/2/12 | 12:16PM | 5 |
| 3/2/12 | 12:21PM | 14 |
| 3/22/12 | 3:04PM | 1 |
| 3/23/12 | 9:28AM | 1 |
| 4/6/12 | 9:48AM | 2 |
| 4/10/12 | 10:47AM | 1 |
| 5/1/12 | 9:19AM | 2 |
| 5/18/12 | 2:47PM | 1 |
| 6/19/12 | 1:51PM | 1 |
| 6/19/12 | 1:52PM | 3 |
| 8/9/12 | 12:18PM | 16 |
| 9/17/12 | 5:36PM | 1 |
| 9/18/12 | 8:36AM | 30 |
| 10/3/12 | 10:46AM | 1 |
| 10/9/12 | 1:30PM | 2 |
| 11/8/12 | 11:35AM | 3 |
| 11/21/12 | 3:27PM | 1 |
| 1/2/13 | 2:57PM | 1 |

BQ
Ex.21

# Usage Details Print Preview
For December 25, 2012 - January 24, 2013

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

| | | | | | Total Minutes | | Total Charges |
|---|---|---|---|---|---|---|---|
| **Results of Search for:** 815-233 | | | | | 1.00 | | 0.00 |
| 1 of items found | | | | | | | |

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 130 | 01/02/2013 | 02:57PM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **1.00** | **0.00** | **0.00** | | **0.00** |

Wireless Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For October 25, 2012 - November 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

Results of Search for:  815-233
2 of items found

Total Minutes
4.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 131 | 11/08/2012 | 11:35AM | 815-233-8641 | 3 | 0.00 | 0.00 | | 0.00 |
| 421 | 11/21/2012 | 03:27PM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **4.00** | **0.00** | **0.00** | | **0.00** |

1

4/1/2013 11:36 AM

Wireless Usage Details Print Preview       https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For September 25, 2012 – October 24, 2012

Close

Print

## Wireless Details for 954-864-5598

Details shown: Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

Results of Search for:  815-233
2 of items found

| | | | | | | | | Total Minutes | Total Charges |
| | | | | | | | | 3.00 | 0.00 |

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 198 | 10/03/2012 | 10:46AM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| 331 | 10/09/2012 | 01:30PM | 815-233-8031 | 2 | 0.00 | 0.00 | | 0.00 |
| Total Call Detail | | | | 3.00 | 0.00 | 0.00 | | 0.00 |

1

4/1/2013 11:25 AM

# Usage Details Print Preview
For August 25, 2012 - September 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
2 of items found

| | | | | | | | | Total Minutes | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 31.00 | 0.00 |

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 428 | 09/17/2012 | 05:36PM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| 438 | 09/18/2012 | 08:36AM | 815-233-8641 | 30 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **31.00** | **0.00** | **0.00** | | **0.00** |

1

4/1/2013 11:46 AM

WireLCSS Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For July 25, 2012 - August 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
1 of items found

Total Minutes
16.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 478 | 08/09/2012 | 12:18PM | 815-233-8641 | 16 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **16.00** | **0.00** | **0.00** | | **0.00** |

`1

4/1/2012 11:49 AM

Wireless Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For May 25, 2012 - June 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
2 of items found

Total Minutes
4.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 820 | 06/19/2012 | 01:51PM | 815-233-8613 | 1 | 0.00 | 0.00 | | 0.00 |
| 821 | 06/19/2012 | 01:52PM | 815-233-8613 | 3 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **4.00** | **0.00** | **0.00** | | **0.00** |

Wireless Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For April 25, 2012 - May 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown: Talk**

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
2 of items found

Total Minutes
3.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 36 | 05/01/2012 | 09:19AM | 815-233-8641 | 2 | 0.00 | 0.00 | | 0.00 |
| 449 | 05/18/2012 | 02:47PM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **3.00** | **0.00** | **0.00** | | **0.00** |

`1

Wireless Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For March 25, 2012 - April 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
2 of items found

Total Minutes
3.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 293 | 04/06/2012 | 09:48AM | 815-233-8641 | 2 | 0.00 | 0.00 | | 0.00 |
| 388 | 04/10/2012 | 10:47AM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **3.00** | **0.00** | **0.00** | | **0.00** |

1

Wireless Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP..

# Usage Details Print Preview
For February 25, 2012 - March 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
**4 of items found**

Total Minutes
21.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 212 | 03/02/2012 | 12:16PM | 815-233-8641 | 5 | 0.00 | 0.00 | | 0.00 |
| 213 | 03/02/2012 | 12:21PM | 815-233-8641 | 14 | 0.00 | 0.00 | | 0.00 |
| 690 | 03/22/2012 | 3:04PM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| 718 | 03/23/2012 | 9:28AM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| **Totals** | | | | **21.00** | **0.00** | **0.00** | | **0.00** |

1

Wireless Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview
For January 25, 2012 - February 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-233
4 of items found

Total Minutes
9.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|------------------|---------|--------------|
| 52 | 01/26/2012 | 10:13AM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| 212 | 02/01/2012 | 3:05PM | 815-233-8641 | 1 | 0.00 | 0.00 | | 0.00 |
| 213 | 02/01/2012 | 3:06PM | 815-233-8645 | 1 | 0.00 | 0.00 | | 0.00 |
| 214 | 02/01/2012 | 3:06PM | 815-233-8613 | 6 | 0.00 | 0.00 | | 0.00 |
| **Totals** | | | | **9.00** | **0.00** | **0.00** | | **0.00** |

1

# Usage Details Print Preview
For December 25, 2012 - January 24, 2013

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

Results of Search for:  815-801
7 of items found

Total Minutes
60.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 92 | 12/31/2012 | 02:57PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 101 | 12/31/2012 | 06:45PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 131 | 01/02/2013 | 02:57PM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| 145 | 01/02/2013 | 07:50PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 198 | 01/03/2013 | 08:10PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 336 | 01/08/2013 | 08:05PM | 815-801-2731 | 53 | 0.00 | 0.00 | | 0.00 |
| 407 | 01/11/2013 | 08:11PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **60.00** | **0.00** | **0.00** | | **0.00** |

# Usage Details Print Preview

For November 25, 2012 - December 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

Results of Search for:  815-801          Total Minutes          Total Charges
1 of items found                              1.00                      0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 515 | 12/17/2012 | 06:45PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **1.00** | **0.00** | **0.00** | | **0.00** |

'ireless   Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview

For October 25, 2012 - November 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

Results of Search for:  815-801          Total Minutes          Total Charges
3 of items found                                  19.00                    0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 150 | 11/08/2012 | 09:09PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 152 | 11/08/2012 | 10:05PM | 815-801-2731 | 17 | 0.00 | 0.00 | | 0.00 |
| 253 | 11/13/2012 | 07:57PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **19.00** | **0.00** | **0.00** | | **0.00** |

of 1

4/1/2013 11:36 AM

ireless  Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview

For September 25, 2012 - October 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

| | Results of Search for: 815-801 | | | | Total Minutes | | Total Charges |
|---|---|---|---|---|---|---|---|
| | 9 of items found | | | | 91.00 | | 0.00 |

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 23 | 09/25/2012 | 07:41PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 24 | 09/25/2012 | 08:03PM | 815-801-2731 | 22 | 0.00 | 0.00 | | 0.00 |
| 205 | 10/03/2012 | 05:58PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 208 | 10/03/2012 | 08:13PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 230 | 10/04/2012 | 08:37PM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| 233 | 10/04/2012 | 09:34PM | 815-801-2731 | 26 | 0.00 | 0.00 | | 0.00 |
| 254 | 10/05/2012 | 07:29PM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| 317 | 10/08/2012 | 06:21PM | 815-801-2731 | 20 | 0.00 | 0.00 | | 0.00 |
| 318 | 10/08/2012 | 06:44PM | 815-801-2731 | 16 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **91.00** | **0.00** | **0.00** | | **0.00** |

4/1/2013 11:36 AM

# Usage Details Print Preview
For August 25, 2012 - September 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown: Talk**

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected
above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options
from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-801
4 of items found

Total Minutes
45.00

Total Charges
0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|------------------|---------|--------------|
| 521 | 09/20/2012 | 06:38PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 555 | 09/23/2012 | 07:59PM | 815-801-2731 | 41 | 0.00 | 0.00 | | 0.00 |
| 556 | 09/23/2012 | 09:07PM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| 557 | 09/23/2012 | 09:13PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **45.00** | **0.00** | **0.00** | | **0.00** |

/ireless  Usage Details Print Preview                          https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview

For May 25, 2012 - June 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-801                                    Total Minutes              Total Charges
1 of items found                                                              2.00                       0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|------------------|---------|--------------|
| 786 | 06/18/2012 | 05:31PM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **2.00** | **0.00** | **0.00** | | **0.00** |

ireless  Usage Details Print Preview

https://www.att.com/pmt/jsp/mypayment/viewbill/billPay-callDetailsP...

# Usage Details Print Preview

For April 25, 2012 - May 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

**Results of Search for:** 815-801
3 of items found

| | | | | | | | Total Minutes | | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4.00 | | 0.00 |

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 450 | 05/18/2012 | 02:47PM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| 547 | 05/22/2012 | 06:50PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| 548 | 05/22/2012 | 06:51PM | 815-801-2731 | 1 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **4.00** | **0.00** | **0.00** | | **0.00** |

of 1

4/1/2013 11:53 AM

# Usage Details Print Preview

For February 25, 2012 - March 24, 2012

Close

Print

## Wireless Details for 954-864-5598

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected
above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options
from the drop down box, and then select "Search Usage".

Results of Search for:  815-801                     Total Minutes               Total Charges
6 of items found                                          59.00                        0.00

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|------|------|---------------|-----|----------------|-----------------|---------|--------------|
| 248 | 03/02/2012 | 8:40PM | 815-801-2731 | 14 | 0.00 | 0.00 | | 0.00 |
| 265 | 03/04/2012 | 5:33PM | 815-801-2731 | 28 | 0.00 | 0.00 | | 0.00 |
| 344 | 03/06/2012 | 6:16PM | 815-801-2731 | 4 | 0.00 | 0.00 | | 0.00 |
| 434 | 03/09/2012 | 6:26PM | 815-801-2731 | 8 | 0.00 | 0.00 | | 0.00 |
| 484 | 03/12/2012 | 6:26PM | 815-801-2731 | 3 | 0.00 | 0.00 | | 0.00 |
| 719 | 03/23/2012 | 9:29AM | 815-801-2731 | 2 | 0.00 | 0.00 | | 0.00 |
| **Totals** | | | | **59.00** | **0.00** | **0.00** | | **0.00** |