IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEWELL RUBBERMAID INC. and GRACO CHILDREN'S PRODUCTS INC., <br><br> Plaintiffs, <br><br> v. <br><br> FLEXFLO USA, INC., <br><br> Defendant. | Civil Action No.: <br><br> 1:12-cv-3262-MHS |
| FLEXFLO USA, INC., <br><br> Counter-claimant, <br><br> v. <br><br> NEWELL RUBBERMAID INC. and GRACO CHILDREN'S PRODUCTS INC., <br><br> Counter-defendants. | |

**STIPULATION AND ORDER OF DISMISSAL; REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF GRACO CHILDREN'S PRODUCTS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-defendant Graco Children's Products, Inc. ("Graco") and Defendant and Counter-claimant FlexFlo USA, Inc. ("FlexFlo"), by and through their respective counsel, stipulate to the Order of Entry of Dismissal as to Graco's claim for

attorney's fees and other litigation expenses under O.C.G.A. § 13-6-11, with prejudice.

**IT IS SO STIPULATED.**

Dated:     March 28, 2014          SCHIFF HARDIN LLP


                                   By: /s/ *Eric L. Barnum*
                                   ERIC L. BARNUM
                                   CHERIE PHEARS O'REILLY
                                   Attorneys for Plaintiffs Newell
                                   Rubbermaid, Inc. and Graco
                                   Children's Products, Inc.

Dated:     March 28, 2014          HILL AND BLEIBERG


                                   By: /s/ *Gary Hill*
                                   GARY HILL
                                   Attorneys for Defendant
                                   FlexFlo USA, Inc.


**ORDER OF ENTRY OF DISMISSAL**

Based on the foregoing stipulation, Graco's claim for attorney's fees and other litigation expenses under O.C.G.A. § 13-6-11 is dismissed with prejudice.

Dated: _____     _____
                                  HON. MARVIN H. SHOOB

## REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF GRACO CHILDREN'S PRODUCTS, INC.

Plaintiff and Counter-defendant Graco Children's Products, Inc. requests that the Court enter judgment in its favor and against Defendant and Counter-claimant FlexFlo USA, Inc. consistent with the Court's January 14, 2014 Order on the parties' cross-motions for summary judgment. Attached as Exhibit A is Graco Children's Products, Inc.'s Proposed Judgment.

Respectfully submitted this 28th day of March, 2014.

By:   /s/ *Eric L. Barnum*
     Eric L. Barnum
     Georgia Bar No. 039305
     Cherie Phears O'Reilly
     Georgia Bar No. 595940
     SCHIFF HARDIN LLP
     One Atlantic Center, Suite 2300
     1201 West Peachtree Street
     Atlanta, GA 30309
     Telephone: (404) 437-7000
     Facsimile: (404) 437-7100

*Attorneys for Plaintiffs*
*Newell Rubbermaid Inc. and*
*Graco Children's Products Inc.*

## CERTIFICATE OF COMPLIANCE / SERVICE

I hereby certify that the foregoing document was prepared using a font and point selection approved by the Court at Local Rule 5.1(C), specifically Times New Roman 14 point.

I further certify that I electronically filed the foregoing **STIPULATION AND ORDER OF DISMISSAL; REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF GRACO CHILDREN'S PRODUCTS, INC.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

ALAN B. GROSSMAN
Alan Bryce Grossman, P.A.
10620 Griffin Road, Suite 201
Cooper City, FL  33328

GARY HILL
Hill & Bleiberg
47 Perimeter Center East, Suite 200
Atlanta, Georgia 30346

This 28th day of March, 2014.

             _/s/ Eric L. Barnum_
             Eric L. Barnum